Prob19 (3/03)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

U.S.A. vs Matthew Campbell          Docket No.: 11M-283E

**TO: Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Courts. | | | |
| NAME OF SUBJECT: Matthew Campbell | SEX: Male | RACE: White/Non-Hispanic | AGE: 39 |
| ADDRESS (STREET, CITY, STATE, ZIP): 402 Morningside Drive, Wichita Falls, Texas 76301 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF OKLAHOMA | | | |
| CLERK: | (BY) DEPUTY CLERK: | | DATE: 1-5-12 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

# United States District Court

for

Western District of Oklahoma

### Petition for Offender Under Supervision

Name of Offender: Matthew Campbell                                   Case No: 11M-283E(01)

Name of Sentencing Judicial Officer: U.S. Magistrate Judge Shon T. Erwin

Date of Original Sentence: October 27, 2011

Original Offense: Possession of Alcohol on NWR, 16 USC § 668 (50CFR26.22.a)

Original Sentence: 18 months probation

Type of Supervision: Probation                   Date Supervision Commenced: October 27, 2011

Assistant U.S. Attorney: Ahsan M. Nasar          Defense Attorney: Emmit Tayloe (Court appointed)

---

### PETITIONING THE COURT FOR ACTION FOR CAUSE AS FOLLOWS:

To issue a violator's warrant.

The probation officer believes that the offender violated the following conditions:

### I.

**Violation of Mandatory Condition:**

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the Court.

**Violation of Standard Condition No. 7:**

The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

### Nature of Noncompliance

Matthew Campbell violated these conditions of probation by using and possessing marijuana, an illegal controlled substance, in or about November 2011. On November 3, 2011, Mr. Campbell submitted a random urine specimen to Taft Counseling Center, Wichita Falls, Texas, which tested positive for marijuana.

Mr. Campbell further violated these conditions of probation by using and possessing marijuana, an illegal controlled substance, in or about November 2011. On November 11, 2011, Mr. Campbell submitted a random urine specimen to Taft Counseling Center, which tested positive for marijuana. On November 28, 2011, Mr. Campbell admitted, verbally and in writing, to U.S. Probation Officer Cal Kirk (USPO Kirk), that he used marijuana on October 31, 2011.

Mr. Campbell further violated these conditions of probation by using and possessing marijuana, an illegal controlled substance, and amphetamine, without a prescription, in or about November 2011. On November 29, 2011, Mr. Campbell submitted a random urine specimen to Taft Counseling Center, which tested positive for marijuana and amphetamine. On December 13, 2011, Mr. Campbell admitted, verbally and in writing, to USPO Kirk, that he used marijuana on November 28, 2011, but denied ingesting amphetamine.

Mr. Campbell further violated these conditions of probation by using and possessing marijuana, an illegal controlled substance; amphetamine, without a prescription; and alcohol, in or about December 2011. On December 2, 2011, Mr. Campbell submitted a random urine specimen, to USPO Kirk, in Wichita Falls, Texas, which tested positive for marijuana, amphetamine, and alcohol. On December 13, 2011, Mr. Campbell admitted, verbally and in writing, to USPO Kirk, that he used marijuana on November 28, 2011, and alcohol on December 1, 2011, but denied ingesting amphetamine.

## II.

### Violation of Mandatory Condition:

The defendant shall not commit another federal, state or local crime.

### Violation of Additional Condition:

The defendant shall totally abstain from the use of alcohol and other intoxicants both during and after completion of any treatment program.

### Nature of Noncompliance

On December 13, 2011, in Wichita Falls, Texas, Mr. Campbell violated these conditions of probation when he consumed alcohol, as evidenced by his arrest for Driving While Intoxicated (DWI), in violation of Texas Penal Code § 49.04, a Class A misdemeanor.

On December 13, 2011, Wichita Falls police officers were dispatched to the intersection of Avenue A and Monroe Street, in Wichita Falls, Texas, in reference to a person who was reportedly passed out, in a vehicle, in the middle of the street. Upon arrival, officers made contact with the defendant, Matthew Campbell, sitting asleep behind the wheel of his pickup truck, with the motor running, and his foot on the brake. Officers were able to wake Mr. Campbell from his sleep, and questioned him. They learned that he was confused as to his whereabouts and appeared to be under the influence of alcohol. After failing a series of field sobriety tests, Mr. Campbell was placed under arrest for DWI and was transported to the Wichita County jail, without incident. Upon arrival at the jail, Mr. Campbell refused to take an intoxilyzer test or perform additional field sobriety tests.

On December 15, 2011, Mr. Campbell was released from jail on bond. The charge remains pending in the Wichita County Court.

Respectfully submitted,

_____
Cal Kirk
U.S. Probation Officer
Wichita Falls Divisional Office
940-723-9415, Ext. 225
Fax: 940-723-7347

Approved,

_Raymond Smatt for_
_____
Barry Case
Supervising U.S. Probation Officer
214-753-2558

I declare under penalty of perjury that the foregoing is true and correct.

_____
Cal Kirk
U.S. Probation Officer

__December 20, 2011__
Date

---

THE COURT ORDERS:

[ ] No action.
[X] The issuance of a violator's warrant.
[ ] The issuance of a summons.
[ ] Other.

_____
Honorable Shon T. Erwin
U.S. Magistrate Judge

__1-5-12__
Date

CK